In the Matter of the Application of Charles O. Sahler, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 22090, Issued to George P. Zeeh, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of Grace Ryan, an Infant. Edward Ryan, Appellant; Jerry Davern, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Linus D. Meacham, Jr., Respondent, v. Ray Hathaway, Appellant.— Judgment unanimously affirmed, with costs.

Timothy F. O'Connell, Respondent, v. Scottdale Foundry and Machine Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. John Francis Gilbert, Appellant.— Judgment of conviction affirmed. All concurred.

The People of the State of New York, Respondent, v. Charles Fred Premo, Appellant.— Judgment of conviction affirmed. All concurred.

The People of the State of New York ex rel. Joseph Abel, Appellant, v. Charles F. Milliken and Others, Comprising the Civil Service Commission of the State of New York, and Henry P. Molloy, County Clerk of Kings County, Respondents.— Order unanimously affirmed, without costs.

The People of the State of New York ex rel. Herbert A. Briggs, Appellant, v. Clark Williams, as Comptroller of the State of New York, Respondent.— Order unanimously affirmed, with costs, on the ground that the Comptroller is not subject to mandamus prior to an appropriation by the Legislature.

The People of the State of New York, Respondent, v. The Santa Clara Lumber Company, Appellant.— Order unanimously affirmed, without costs. Kellogg, J., not sitting.

The People of the State of New York, Plaintiff, v. The Bank of Staten Island, Defendant. In the Matter of the Application of Lyman A. Spalding, Special Counsel, Designated by the Attorney-General, etc., Respondent, for Payment to Him of Proper Compensation for His Services as Such; John S. Davenport, Receiver of the Bank of Staten Island, Appellant.— Order modified so as to reduce the amount to be paid respondent to $1,000, and as so modified unanimously affirmed, without costs.

Elizabeth M. Rogers, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Order affirmed without passing upon the question of the effect of sections 73 and 74 of chapter 474 of the Laws of 1909,* with ten dollars costs and disbursements. All concurred.

---

* Forest, Fish and Game Law (Consol. Laws, chap. 19; Laws of 1909, chap. 24), §§ 73, 74, as amd. by Laws of 1909, chap. 474; since amd. by Laws of 1910, chap. 657.— [REP.